Good morning, my name is Mary Nathan, and I'm the lead attorney for McClellan & McElwee, and I serve as the lead attorney for McClellan & McElwee. This appeal involves a small town named Vendetta, it's huge. I've been a district attorney, my client was a district attorney for 11 years. My client fired Mr. Alexander, the company, because people were extremely far, and he got neglected, and Mr. Alexander became a district attorney, and we voted on race, students, railroad. The application was not possible to read, or there was a tremendous influence of the investigation into our case. My client, Mr. McClellan & McElwee, came to me about a year and a half ago, and this is the application. He came to me about a year and a half ago, and he told me he was prosecuted for a probable cause. He told me that he was prosecuted for a probable cause here, and that there are nine probable causative diseases, and the Supreme Court said, well, you're going to be prosecuted for a probable cause, and it's a very hard decision. There's no probable causative disease? No, but there is probable cause. Yes, I understand. Twice in our unit, there is. Right. And in our unit, we have a standard rule, we're not going to surrender us because of the speech, but there is probable cause. So, what was the probable cause here? Well, first of all, we said probable cause in the first case, which is a fraud, corruption, or other domestic conduct, next to a body case. So, the two are kind of interrelated, as far as the latter being a domestic conduct, using the probable cause against the body case, and that's a different reason. So, if you use it worldwide, you mean that you want to obviously use it against feminists, because there's a lot of support from across the country, and there's something you can look at. Are you saying there is a probable cause in there? And what do you mean by you saying? I mean, there's a possibility in our unit, and there's a possibility that it's an opportunity, but you can't use it as an opportunity. Sure. Okay. Yes. I'm not going to try. Okay. Okay. I'm saying you use it as an opportunity. I believe that you use it as an opportunity, because you're going to see a lot of this behavior. Okay. Okay. You use it as an opportunity. You use it on the floor. I don't think that it's appropriate in this instance, to outsource it to other people. It's not appropriate in this instance. Okay. So, you didn't say that it would be a problem, so you're creating a new application. I'm sorry, you mean that you can throw it at me? No, I don't think so. First of all, what comes to mind? Yeah. For several reasons. In a local college, you have to protect the client. So, you have to protect the client, and in the same thing, compensation for a person that has COVID-19. And there were three themes in the cases. And I'm not sure if that's it. That's the wrong question. Well, I think that's it. I know. So, you're saying that you're applying to somebody that might be seeing COVID-19. So, that's the whole point. That's the intention. That's right. Okay. Well, I read a little bit of it, and I think that it's really important to concentrate. The letter to Mr. And my theory is you're under arrest for these three charges, and you have the option to come back to court yourself. So, court was held. All those people, she comes back to court. She comes back, and she was told she's under arrest. She changed the standards of more calls. She must have at least a minimum of 12 hours, not more than 12 hours. So, if you have changed the standards, and some of you just go back to the question regarding those, what is it here? There's no probable cause for you to come back. It says that you refuse to come back. And I, a local self-driving car, you have to return to the parking lot. Well, there was no direct evidence at the time that you were considered to be contaminated in the same way that she was charged. And there was a report earlier in the day that you opened the door to the police station because of the status of her health and lives. So, he's driving back to the police station. He's driving back. And that's quite an ordinary behavior to not offer an in-person meeting if you were connected to the police for probable cause purposes. So, there'll be a reasonable suspicion. Okay, well, this is four hours. Please. So, you're just going to have to be crazy at a different time for a different reason. Well, it's okay. We know that the police station is where you're going to be if you're going to have to register. And I do believe that you have a probable cause. It states as per trial that the officers have a probable cause for suspected violence. It's hard for me to see how the possible probable cause here would be personal injuries. In the end, it was hard for me to understand how it is that the state attorney general's office is responsible for the prosecution couldn't do anything about this. The insight that the prosecutor's office would be having some fun if somebody comes to the station would be starting to do all this nonsense. If somebody comes to the station, it's for a warrant. It should have been for a warrant. If somebody comes to the station, it's a probable cause. It was a probable cause. It's a probable cause for an arrest, and a case of surgery or intoxication. And so if you have to get out again and call the evidence that people saw that you're in striking for 4 hours before and put the date in there, and the testimony was, he carried a green light, he carried a bad day, and he had a little soda, and he had a little soda, and he could have called everybody, but he couldn't come over. And he had to be 4 hours on the phone. He could have said, let me take you to the station in 4 hours. And he had a coffee, and he had a drink, and he had a sandwich, and he had a soda, and he had a drink, but also he was debating the evidence that was out there that they were watching each other. If they had gotten to the station, he would have been in the truck and wondering if the truck would have been stopped. So, that's the only evidence. And Greg? Well, we have a lot of scholars, and we have a lot of scholars in the community, and so it's interesting to me to hear some of the stories that have been put in there, right? The first part of the story, and I think it's interesting to me, is that the first evidence, the first evidence, the first sign, and the first question with this number 105 is the euphoria that showed her that it's important that the free time or any of the transactions of the Fall campus in the near-rear control and parking spaces be the units to move the tickets that were ATM-free. And so, a bunch of that information not being assessed From the State Department And so, it's really important to make sure that it's actually a transaction that's being made in a safe way and that people  and move the tickets So, it's really important to make sure So, I recall that there was an email from someone who was in Georgetown that said that she had been to a place in San Francisco where there was particularly a lot of businesses applying for a free     limited area         very limited area and so, I recall that person saying that she was going to be in a very limited area and so, she was expected to be banking benefit money to first and last place they can go out in our system .
judges: Gould, Clifton, Watford